JS-6, ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

BRIAND WILLIAMS,                    )    Case No. CV 08-0381-AHM (MLG)
                                    )
            Petitioner,             )    JUDGMENT
                                    )
        v.                          )
                                    )
GREGORY D. TOTTEN, et al.,          )
                                    )
            Respondent.             )
_____)

        IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated:   _July 8, 2008_____


                                    _____
                                    A. Howard Matz
                                    United States District Judge




ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY